CV 08   0379

FILED
JAN 2 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MJJ
550

(PR)

Jonathan Lee Riches©,
Plaintiff

Civil No:

v.

Todd Bertuzzi; Steve Moore;
Vancouver Canucks; Colorado
Avalanche,

Defendants

Complaint
42 USC 1983 / Civil Rights / TRO

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, under 42 USC 1983, Plaintiff seeks $25 million. I'm being threatened with hockey sticks. I'm currently in solitary confinement. Defendants are telling Afro Americans to scream at me at night. Yelling my full name at me, I also eat very little which is a civil Rights violating. I don't want defendant to pull me down from my neck and break my back. I don't play hockey, I'm a prisoner of war. I seek a restraining order.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully

Jonathan Lee Riches©